UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RALPH LEPINO,

                                Plaintiff,                    **ORDER**

    -against-                                          21 Civ. 6874 (VB)(JCM)

TOWN/VILLAGE OF HARRISON, *et al.*,

                                Defendants.
-----------------------------------------------------------------X

      On September 19, 2023, the Court issued an order scheduling a settlement conference for October 16, 2023 and directing, in part, that "Plaintiff…make at least one new settlement demand, and Defendants…make at least one new settlement offer" prior to the submission of their *ex parte* letters. (Docket No. 120). The Court has received and reviewed the parties' *ex parte* submissions and it does not appear that they complied with this directive. Therefore, the parties are directed to immediately comply with the Court's Order and submit a joint *ex parte* letter by October 13, 2023 setting forth Plaintiff's new settlement demand and Defendants' new settlement offer.

Dated: October 10, 2023
       White Plains, New York

                                                    **SO ORDERED:**

                                                    _____
                                                    JUDITH C. McCARTHY
                                                    United States Magistrate Judge