UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
RAPLH LEPINO,
           Plaintiff,

v.                                                                                    **ORDER**

TOWN/VILLAGE OF HARRISON; and                    21 CV 6874 (VB)
RALPH J. CARLUCCI, in his individual and
official capacity,
           Defendants.
--------------------------------------------------------------x

      As discussed at a conference held today, attended by counsel for all parties, it is HEREBY ORDERED:

      1.     By **December 8, 2023**, the parties shall submit a Joint Pretrial Order, which shall comply with both Federal Rule of Civil Procedure 26(a)(3) and Paragraph 4.A of the Court's Individual Practices.

      2.     By **December 8, 2023**, the parties shall further submit proposed voir dire, any motions in limine, joint requests to charge, and a joint verdict form. (See Paragraph 4.B of the Court's Individual Practices). The parties' joint proposed jury instructions shall consist of a single document, noting any areas of disagreement between the parties. The proposed instructions shall include both the text of any requested instruction and a citation, if available, to the authority from which it derives. The proposed instructions should also be submitted by email to Chambers in Word format.

      3.     By **December 22, 2023**, the parties shall file oppositions to motions in limine, if any. No replies will be permitted absent prior Court approval.

      4.     A final pre-trial conference will be held on **February 1, 2024, at 2:30 p.m.**

      5.     Jury selection and trial are scheduled to begin on **February 5, 2024, at 9:30 a.m.**

Dated: November 9, 2023
       White Plains, NY

                                SO ORDERED:

                                */s/ Vincent L. Briccetti*

                                Vincent L. Briccetti
                                United States District Judge