UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RALPH LEPINO,

                    Plaintiff,

-against-

TOWN/VILLAGE OF HARRISON and
ROBERT J. CARLUCCI,

                    Defendants.
------------------------------------------------------------X

21 CIVIL 6874 (VB)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Vincent L. Briccetti, United States District Judge, the jury having returned a verdict in favor of Defendants, and the Complaint is hereby dismissed.

DATED: White Plains, New York
             February 8, 2024

So Ordered:

_____
U.S.D.J.

RUBY J. KRAJICK
_____
Clerk of Court

BY: K. Mango
_____
Deputy Clerk